**DLS** Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CLINT BARNES,                                                      JUDGE CHIN
        Plaintiff(s),                                        Index No. 08 CV 6222

  -against-                                                              AFFIDAVIT OF SERVICE

AMERICAN INTERNATIONAL LIFE ASSURANCE
COMPANY OF NEW YORK, et al.,
        Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 16th day of July 2008, at approximately 2:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK** upon American International Life Assurance Company of New York at 70 Pine Street, New York, NY 10005, by personally delivering and leaving the same with Alan Eisenberg, Paralegal, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Alan Eisenberg is a white male, approximately 42 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 185 pounds with balding/brown hair and dark eyes wearing glasses.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
18th day of July 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com