**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CLINT BARNES,   JUDGE CHIN
        Plaintiff(s),   Index No. 08 CV 6222

   -against-   AFFIDAVIT OF SERVICE

AMERICAN INTERNATIONAL LIFE
ASSURANCE COMPANY OF NEW YORK, et al.,
        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK)
            S.S.:
COUNTY OF NEW YORK)

       DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 15th day of July 2008, at approximately 1:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN, ELECTRONIC CASE FILING RULES & INSTRUCTION AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK** upon L-3 Communication Corporation c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Sabrina Ambrose, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Sabrina Ambrose is a black female, approximately 35 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 140 pounds with black hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
17th day of July 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com