UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CLINT BARNES,
                Plaintiff,

-against-

AMERICAN INTERNATIONAL LIFE
ASSURANCE COMPANY OF NEW YORK,
A MEMBER COMPANY OF AMERICAN
INTERNATIONAL GROUP, INC., AND L-3
COMMUNICATIONS CORPORATION,

                Defendants.
------------------------------------------------------------x

Civil Action No. 08 CV 6222

**STATEMENT PURSUANT TO FED.R.CIV.P. 7.1**

      Defendant AIG INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK by counsel, makes the following disclosure, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

      American International Life Assurance Company of New York is owned by AGC Life Insurance Company, which is owned by AIG Life Holdings (US), Inc., which is owned by American International Group, Inc.

**Dated:** New York, New York
       July 29, 2008

                                  SCHNADER HARRISON SEGAL & LEWIS LLP
**By:**

                                  Carl J. Schaerf (CS-5031)
                                  140 Broadway, Suite 3100
                                  New York, NY 10005-1101
                                  Telephone: 212-973-8000
                                  Facsimile: 212-972-8798
                                  *Attorneys for Defendants,*
                                  *AMERICAN INTERNATIONAL LIFE ASSURANCE*
                                  *COMPANY OF NEW YORK, A MEMBER COMPANY*
                                  *OF AMERICAN INTERNATIONAL GROUP, INC.,*
                                  *AND L-3 COMMUNICATIONS CORPORATION.*

**To:** Michael E. Quiat, Esq.
     USCHER, QUIAT, USCHER & RUSSO
     A Professional Corporation
     433 Hackensack Avenue, 2nd Floor
     Hackensack, NJ 07601
     *Attorneys for Plaintiff*