UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
CLINT BARNES, :
:
               Plaintiff, :
:
    -against- : Civil Action No. 08 CV 6222
:
AMERICAN INTERNATIONAL LIFE : **STATEMENT PURSUANT TO**
ASSURANCE COMPANY OF NEW YORK, : **FED.R.CIV.P. 7.1**
A MEMBER COMPANY OF AMERICAN :
INTERNATIONAL GROUP, INC., AND L-3 :
COMMUNICATIONS CORPORATION, :
:
               Defendants. :
-----------------------------------------------------------x

      Defendant L-3 COMMUNICATIONS CORPORATION by counsel, makes the following disclosure, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

      L-3 COMMUNICATIONS CORPORATION has no parents or subsidiaries subject to disclosure under this rule which are publicly traded.

**Dated:** New York, New York
       July 29, 2008

                            SCHNADER HARRISON SEGAL & LEWIS LLP

          **By:** _____
                            Carl J. Schaerf (CS-5031)
                            140 Broadway, Suite 3100
                            New York, NY  10005-1101
                            Telephone: 212-973-8000
                            Facsimile:  212-972-8798
                            *Attorneys for Defendants,*
                            *AMERICAN INTERNATIONAL LIFE ASSURANCE*
                            *COMPANY OF NEW YORK, A MEMBER COMPANY*
                            *OF AMERICAN INTERNATIONAL GROUP, INC.,*
                            *AND L-3 COMMUNICATIONS CORPORATION.*

**To:**  Michael E. Quiat, Esq.
      USCHER, QUIAT, USCHER & RUSSO
      A Professional Corporation
      433 Hackensack Avenue, 2nd Floor
      Hackensack, NJ 07601
      *Attorneys for Plaintiff*