08/06/2008 16:57 FAX 201 342 9870                                    NO. 108   P. 3
AUG. 6. 2008 4:18PM    SHSL                                          @002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CLINT BARNES,

        Plaintiff,

-against-                                    Civil Action No. 08 CV 6222 (DC)

AMERICAN INTERNATIONAL LIFE                  STIPULATION OF DISCONTINUANCE
ASSURANCE COMPANY OF NEW YORK,
A MEMBER COMPANY OF AMERICAN                 as to L-3
INTERNATIONAL GROUP, INC., AND L-3
COMMUNICATIONS CORPORATION,

        Defendants.
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the above named parties, that the foregoing matter is dismissed against L-3 COMMUNICATIONS CORPORATION only, without prejudice, and without costs or fees payable to any party.

Dated: August 6, 2008                        Dated: August __, 2008

USCHER, QUIAT, USCHER & RUSSO, P.C.          SCHNADER HARRISON SEGAL & LEWIS LLP

_____                    _____
Michael E. Quiat, Esq. (8239)                Carl J. Schaerf (CS-5031)
A Professional Corporation                   140 Broadway, Suite 3100
433 Hackensack Avenue, 2nd Floor             New York, NY 10005-1101
Hackensack, NJ 07601                         Telephone: 212-973-8000
*Attorneys for Plaintiff*                    Facsimile: 212-972-8798
                                             *Attorneys for Defendants,*
                                             AMERICAN INTERNATIONAL LIFE
                                             ASSURANCE COMPANY OF NEW YORK, A
                                             MEMBER COMPANY OF AMERICAN
                                             INTERNATIONAL GROUP, INC., AND L-3
                                             COMMUNICATIONS CORPORATION.

PHDATA 3116346_2

08/06/08 WED 15:19 [TX/RX NO 5899]

SO ORDERED.

_____
U.S.D.J.
8/13/08